**Order filed February 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00007-CV
_____

### THAI XUAN VILLAGE CONDOMINIUM ASSOCIATION, INC., Appellant

### V.

### HIEN LUU AND TRANG PHONG, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-32203**

## O R D E R

The notice of appeal in this case was filed December 30, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 3, 2017.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM